# No. 22-2044

IN THE

## United States Court of Appeals for the Second Circuit

MEDIDATA SOLUTIONS, INC. & MDSOL EUROPE LIMITED,
*Plaintiffs-Appellants,*

*v.*

VEEVA SYSTEMS, INC.,
*Defendant-Appellee.*

On Appeal from the United States District Court
for the Southern District of New York
No. 1:17-cv-0589-JSR, Hon. Jed S. Rakoff

**APPELLANTS' PARTIALLY-UNOPPOSED
MOTION FOR EXTENSION OF TIME TO FILE
REPLY BRIEF AND DEFERRED APPENDIX**

Robert M. Loeb
Jonas Q. Wang
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Counsel for Plaintiffs-Appellants Medidata Solutions, Inc. & MDSOL Europe Ltd.*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Second Circuit Rule 27.1, Plaintiffs-Appellants, Medidata Solutions, Inc. and MDSOL Europe Limited (together, "Medidata"), respectfully request a 30-day extension of time, to and including May 25, 2023, to file their reply brief and deferred appendix in the above-captioned appeal. In support of this motion, Medidata states as follows:

1. The reply brief and the deferred appendix are currently due on April 25, 2023. With the requested 30-day extension of time, the brief would be due May 25, 2023.

2. This is Medidata's first request for an extension of time for its reply brief and the deferred appendix.

3. Counsel for Defendant-Appellee has indicated that they do not oppose a 14-day extension. A 14-day extension would, however, result in the reply brief being due on May 9, 2023, which, as explained below, substantially overlaps with deadlines in a Seventh Circuit criminal appeal in which lead counsel in this appeal is, in that appeal, representing a client who has been convicted and sentenced. To avoid or minimize any unjust incarceration of the client in that case, the

1

Seventh Circuit appeal challenging that conviction and the briefing seeking bail pending appeal are moving forward without delay.

4. Good cause exists for the requested extension. This appeal arises from a judgment as a matter of law entered by the U.S. District Court for the Southern District of New York (Rakoff, J.) that dismissed Medidata's Defend Trade Secrets Act (DTSA) claim under 18 U.S.C. § 1836(c) and 28 U.S.C. § 1331, and California Uniform Trade Secrets Act (UTSA) claim under 28 U.S.C. § 1367, raising complex issues of law on the standard applicable to trade secret identification, misappropriation, and damages. This appeal also challenges the district court's exclusion of nearly 20,000 documents, reflecting the breadth of the factual disputes implicated in the district court's judgment as a matter of law, and as challenged in this appeal.

5. The undersigned lead counsel on appeal, Robert M. Loeb, has several other matters pending with pressing deadlines in the same time period as the current deadline. In *United States v. Pacilio*, No. 23-1528 (7th Cir.), Mr. Loeb's client has been convicted and sentenced to a term of one year and one day. The appeal challenging that unjust conviction is moving forward without delay. The opening appeal brief is

2

due in the Seventh Circuit on May 1, 2023, and the reply appeal brief will be due June 21, 2023. Meanwhile, in district court (18-cr-00048 (N.D. Illinois)), Mr. Loeb is also seeking bail pending appeal in the same case. The reply brief in support of bail pending appeal is due April 28, 2023.

In addition to the *Pacilio* case, Mr. Loeb has an opening interlocutory appeal brief due in the Eighth Circuit on May 15, 2023, in *Reid v. Doe Run Resources Corp.*, No. 23-1625 (8th Cir.).

Mr. Loeb also has an oral argument set in the Ninth Circuit on June 6, 2023, in *Holley-Gallegly v. TA Operating LLC*, No. 22-55950 (9th Cir.).

6. Mr. Loeb will also be observing the religious holiday of Passover, which begins on April 5, 2023, and he will not be able to work on April 5, 6, and 12.

7. Additionally, Medidata requests that the deadline for the deferred appendix also be set for that same date. The deferred appendix would otherwise be due 21 days after the Appellee's brief is served, when the Appellant's reply brief would be due absent an extension. *See* Fed. R. App. P. 30(c); Local Rule 30.1(c). Accordingly,

3

Medidata requests that the deadline for the deferred appendix also be extended by 30 days, to fall on the same date that its reply brief is due.

\* \* \*

For the foregoing reasons, Medidata respectfully requests that the time for filing its reply brief and the deferred appendix be extended 30 days, to and including May 25, 2023. In the alternative, Medidata requests the unopposed 14-day extension of time for the reply brief and deferred appendix, to and including May 9, 2023.

4

                                        Respectfully submitted,

**April 5, 2023**                       */s/ Robert M. Loeb*

                                        Robert M. Loeb
                                        Jonas Q. Wang
                                        ORRICK, HERRINGTON & SUTCLIFFE, LLP
                                        1152 15th Street, NW
                                        Washington, DC 20005
                                        Telephone: (202) 339-8400
                                        rloeb@orrick.com
                                        jonas.wang@orrick.com

                                        *Counsel for Plaintiffs Appellants*