# 22-2044-cv

## United States Court of Appeals
*for the*
## Second Circuit

MEDIDATA SOLUTIONS, INC., MDSOL EUROPE LIMITED,

*Plaintiffs-Appellants,*

– v. –

VEEVA SYSTEMS INC.,

*Defendant-Appellee,*

ALAN MATEO, MICHELLE MARLBOROUGH, SONDRA PEPE,
JASON RIZZO, RICHARD YOUNG,

*Defendants.*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

## PARTIAL OPPOSITION TO MOTION FOR EXTENSION

KHARI J. TILLERY
REID P. MULLEN
KEKER, VAN NEST & PETERS LLP
*Attorneys for Defendant-Appellee*
633 Battery Street
San Francisco, California 94111
(415) 391-5400

Pursuant to Federal Rule of Appellate Procedure 27(a)(3)(A), Defendant-Appellee Veeva Systems Inc. ("Veeva") submits the following partial opposition to the motion of Plaintiff-Appellant Medidata Solutions, Inc. and MDSOL Europe Limited (together, "Medidata"), to extend the time to file a reply brief and deferred appendix. In support of this opposition Veeva states as follows.

1. "A reply brief must be filed within 21 days after the filing of the last appellee's brief." Second Circuit Local Rule 31.2(a)(2); *see also* Fed. R. App. P. 31(a)(1).

2. "Absent an extraordinary circumstance, such as serious personal illness or death in counsel's immediate family, the court will not grant a motion to extend the time to file a brief." Second Circuit Local Rule 27.1(f)(1).

3. Medidata requests a 30-day extension, which would provide it with **51 days** to file its reply brief. While Veeva respects that counsel for Medidata has other important professional and personal commitments, *see* Medidata Motion at 2-3, Veeva does not believe that those circumstances meet the standard set forth in Local Rule 27.1(f)(1), or that there is otherwise "good cause" for an extension of this length. *See* Medidata Motion at 2.

4. Veeva does not oppose a 14-day extension of the deadline to file a reply brief and deferred appendix.

|  |  | KEKER, VAN NEST & PETERS LLP |
| --- | --- | --- |
| April 10, 2023 |  |  |
|  | By: | */s/ Reid P. Mullen* |
|  |  | Reid P. Mullen |
|  |  | Khari J. Tillery |
|  |  | KEKER, VAN NEST & PETERS LLP |
|  |  | 633 Battery Street |
|  |  | San Francisco, CA 94111-1809 |
|  |  | (415) 391-5400 |