# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of April, two thousand twenty-three.

Before:     Maria Araújo Kahn,
                *Circuit Judge,*

_____

| | |
|---|---|
| Medidata Solutions, Inc., MDSOL Europe Limited, | **ORDER** |
|        Plaintiffs - Appellants, | Docket No. 22-2044 |
| v. | |
| Veeva Systems Inc., | |
|        Defendant – Appellee. | |

_____

Appellants move for a 30-day extension to file the reply brief and deferred appendix. Appellee only consents to a 14-day extension.

IT IS HEREBY ORDERED that the motion is GRANTED in full. Appellants are granted a 30-day extension until May 25, 2023 to file the reply brief and deferred appendix.

                                           For the Court:

                                           Catherine O'Hagan Wolfe,
                                           Clerk of Court