# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-2044

**Motion for:** Adjournment of Oral Argument

**Caption [use short title]:** Medidata Solutions, Inc. v. Veeva Systems, Inc.

**Set forth below precise, complete statement of relief sought:**

All parties jointly move to adjourn oral argument and hold this case in abeyance for 14 days to allow them time to finalize and execute their settlement of all claims at issue on appeal.

**MOVING PARTY:** All Parties  
**OPPOSING PARTY:** None

☒ Plaintiff ☒ Defendant  
☒ Appellant/Petitioner ☒ Appellee/Respondent

**MOVING ATTORNEY:** All Counsel of Record  
**OPPOSING ATTORNEY:** None

[name of attorney, with firm, address, phone number and e-mail]

Robert M. Loeb, Orrick, Herrington & Sutcliffe LLP  
1152 15th Street, NW, Washington, DC 20005  
rloeb@orrick.com; (202) 339-8400

Khari J. Tillery, Keker, Van Nest & Peters LLP  
633 Battery Street, San Francisco, CA 94111  
ktillery@keker.com; (415) 773-6621

**Court- Judge/ Agency appealed from:** Southern District of New York (Hon. Jed S. Rakoff)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):  
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:  
☒ Unopposed ☐ Opposed ☐ Don't Know

Does opposing counsel intend to file a response:  
☐ Yes ✓ No ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No  
Has this relief been previously sought in this court? ☐ Yes ☐ No

Requested return date and explanation of emergency:

Is the oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has the appeal argument date been set? ☒ Yes ☐ No If yes, enter date: January 11, 2024 at 10:00 am

**Signature of Moving Attorney:**  
/s/ Robert M. Loeb  **Date:** 1/4/2024  **Service:** ☒ Electronic ☐ Other [Attach proof of service]

Form T-1080 (rev. 10-23)